UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ONEWEST BANK, FSB,<br>a federal savings bank,<br><br>    Plaintiff,<br><br>vs.<br><br>IRON COUNTY FARMS, INC., GEORGE<br>E. MIDDLETON, and PHYLLIS HARRIS<br>MIDDLETON.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 4:12-cv-00081-AGF<br>)<br>)<br>)<br>)<br>)<br>) |
| GEORGE MIDDLETON, and<br>MIDDLETON PROPERTIES, INC.,<br><br>    Counterclaimant and Third-Party<br>    Counterclaimant,<br><br>vs.<br><br>ONEWEST BANK, FSB,<br><br>    Counterclaim Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CONSENT JUDGMENT

This matter having come before the Court pursuant to the Complaint filed by OneWest Bank, FSB against Defendants Iron County Farms, Inc., George E. Middleton, and Phyllis Harris Middleton; the parties having agreed to settle all claims and counterclaims and to the entry of this Consent Judgment; and the Court having reviewed the pleadings and finding good cause to enter the following relief:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment is entered in favor of OneWest Bank, FSB and against Iron County Farms, Inc. in the amount of One Million Eight Hundred Thousand Dollars and Zero Cents ($1,800,000.00).

Dated: June 5, 2013            SO ORDERED: /s/ Audrey G. Fleissig
                               Honorable Audrey G. Fleissig
                               United States District Judge

CONSENTED AND AGREED TO:

/s/ Brian A. Lamping                    /s/ David G. Bender
Christopher M. Hohn                     David G. Bender
Brian W. Hockett                        Richard S. Bender
Brian A. Lamping                        Rosenblum, Goldenhersh, Silverstein &
Thompson Coburn LLP                     Zafft, P.C.
One U.S. Bank Plaza                     7733 Forsyth Blvd., 4th Floor
St. Louis, MO 63101                     St. Louis, Missouri 63105
(314) 552-6000                          (314) 726-6868
(314) 552-7000 FAX                      (314) 726-6786 FAX

*Attorneys for Plaintiff/Counterclaim Defendant*     *Attorneys for Defendants, Counterclaimant and Third-Party Counterclaimant*