## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| ONEWEST BANK, FSB, a federal savings bank, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | Case No. 4:12-cv-00081-MLM |
| IRON COUNTY FARMS, INC., GEORGE E. MIDDLETON, and PHYLLIS HARRIS MIDDLETON. | ) ) ) ) ) | |
| Defendants. | ) | |

-----------------------------------------------------------

| | |
|---|---|
| GEORGE MIDDLETON, and MIDDLETON PROPERTIES, INC., | ) ) ) ) |
| Counterclaimant and Third-Party Counterclaimant, | ) ) ) |
| vs. | ) ) |
| ONEWEST BANK, FSB, | ) ) |
| Counterclaim Defendant. | ) |

### JOINT STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed by and between the parties hereto, through their undersigned attorneys, that all claims and counterclaims asserted in the above captioned case are dismissed with prejudice in their entirety pursuant to the parties' settlement agreement, the terms of which are expressly incorporated herein, with each party to bear its own costs and attorneys' fees.

- 2 -

Respectfully submitted,

| | |
|---|---|
| /s/ Brian A. Lamping | /s/ David G. Bender |
| Christopher M. Hohn | David G. Bender |
| Brian W. Hockett | Richard S. Bender |
| Brian A. Lamping | Rosenblum, Goldenhersh, Silverstein & Zafft, P.C. |
| Thompson Coburn LLP | |
| One U.S. Bank Plaza | 7733 Forsyth Blvd., 4th Floor |
| St. Louis, MO 63101 | St. Louis, Missouri 63105 |
| (314) 552-6000 | (314) 726-6868 |
| (314) 552-7000 FAX | (314) 726-6786 FAX |
| *Attorneys for Plaintiff/Counterclaim Defendant* | *Attorneys for Defendants, Counterclaimant and Third-Party Counterclaimant* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2013, I electronically filed the foregoing with the Clerk of the Court through the Court's CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Brian A. Lamping